**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, KHAMPHOU KHOUTHONG**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>KHAMPHOU KHOUTHONG<br><br>Defendant(s). | Case No.:  1:13CR 294 LJO-SKO<br><br>**STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING; DECLARATION OF PETER M. JONES; AND ORDER THEREON** |

Defendant, KHAMPHOU KHOUTHONG, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Kevin P. Rooney, hereby stipulate that the Change Of Plea Hearing for Mr. Khouthong in the above entitled matter **now set for January 26, 2015 at 8:30 a.m. be rescheduled to be heard on March 23, 2015 at 8:30 a.m.**

Dated:  December 24, 2014          Respectfully submitted,


By: /s/ PETER M. JONES_____
    PETER M. JONES, Attorney for
    Defendant, Khamphou Khouthong

Dated:  December 24, 2014          BENJAMIN B. WAGNER, U.S. Attorney
                                   UNITED STATES ATTORNEY'S OFFICE

By: /s/ KEVIN P. ROONEY_____
    KEVIN P. ROONEY,
    Assistant U.S. Attorney

{7375/002/00514906.DOC}                    1

---

**STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING; DECLARATION OF PETER M. JONES; AND ORDER THEREON**

**DECLARATION OF PETER M. JONES**

1. I am an attorney admitted to practice before this court, and am counsel of record for Khamphou Khouthong, a Defendant in the above entitled action.

2. Mr. Khouthong currently resides in Hawaii where he has been on pretrial release while this case has been pending. He has complied fully with all conditions of his release.

3. Mr. Khouthong lives with his wife and four children, ages 6-13. He operates a small, 9 acre, farm which is their sole source of income. He needs to purchase round-trip airfare for himself and his wife to attend court and must arrange for the operation of his farm and care of his family during the time he will be in California and may be incarcerated. He will need additional time to make these arrangements.

4. Additionally, on December 13, 2014 Congress passed Bill H.R. 83. Section 538 of this bill, some advocates contend, restricts the funding for federal prosecution of the possession, distribution and cultivation of medical marijuana that otherwise complies with state law. Additional time is needed by the defense to determine if there is any relevancy of that law to Mr. Khouthong's activities, plea and sentencing in this case (i.e. Mr. Khouthong possessed a medical marijuana card and a recommendation to grow a certain number of plants).

5. Neither party will be prejudiced by this continuance of 57 days. All co-defendants are presently set for trial confirmation and trial in April of 2015.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on December 24, 2014.

                                                      /s/ Peter M. Jones
                                                      Peter M. Jones

## ORDER

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Change of Plea Hearing for Defendant, Khamphou Khouthong, currently set on January 26, 2015 be continued to March 23, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 28, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE